FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLAUDIA CARRILLO, a single person,<br><br>                      Plaintiff,<br><br>  vs.<br><br>LAMB WESTON HOLDINGS, INC.,<br><br>                      Defendant. | NO: 2:21-CV-0166-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

      BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 48).  The parties agree that this action (including all claims and counterclaims) shall be dismissed with prejudice and without an award of attorneys' fees or costs to any party.  The Court has reviewed the record and files herein and is fully informed.

      According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 48 is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with all parties to bear their own costs and attorneys' fees.

3. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED September 19, 2022.



THOMAS O. RICE
United States District Judge